FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF GEORGIA

RECEIVED CLERK'S OFFICE 2014 AUG -8 AM 8:29

Ashley A. Diamond
\# 1002905265
Jack J. Stasul
\# 1001157150

(Enter above full name of plaintiff or plaintiffs)

v.

Georgia Dept. of Corrections
Valdosta State Prison
Marty Allen - Warden / Dave McCracken
Shawn Emmons - Warden

(Enter above full name of defendant or defendants)

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ✓ No ___

  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit:

     Plaintiffs: GDOC

     Defendants: Dr. Silver, Dr. Thompson, Ruthie Shelton

  2. Court (if federal court, name the district; if state court, name the county):
     United States District Court

  3. Docket number: 4:13CV 00511 COL MSH

  4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   filed for dismissal under Rule 12

6. Approximate date of filing lawsuit: Nov. 2013

7. Approximate date of disposition: Feb. 2014

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ✓ No ___

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action? Yes ___ No ✗

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: _____

2. Court (name the district):

   N/A

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   N/A

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: __N/A__

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? __N/A__    Yes ____ No _✓_

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious or failed to state a claim?    Yes ____ No _X_

  1. If your answer to C is yes, name the court and docket number for each case:
  __N/A__

II. Place of present confinement: __Valdosta State Prison__

  A. Is there a prisoner grievance procedure in this institution? Yes _✓_ No ____

  B. Did you present the facts relating to your complaint to the appropriate grievance committee?    Yes _✓_ No ____

  C. If your answer to B is yes:

   1. What steps did you take? __face to face meetings, correspondences, media & lawyers__

   2. What was the result? __No Actions taken__

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes _X_ No ___

If yes, what was the result? __Denied__

D. If you did not utilize the prison grievance procedure, explain why not: __Due process has been hindered by threats of solitary and physical abuse.__

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: __Ashley Diamond / Jack J. Staril__
Address: __P.O. Box 310__
__Valdosta, GA 31603__

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: __Warden Marty Allen__
Position: __Warden__
Place of employment: __Valdosta State Prison__
Current address: __3529 ValTech Rd.__
__Valdosta, Georgia 31603__

C. Additional defendants: __Shawn Emmons / Warden of C+T__
__Dake McCracken / Mental Health Director__
__all employed at Valdosta State Prison__
__3529 ValTech Rd.__
__Valdosta, GA 31603__

4

V. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

After requesting treatment for Gender Identity Disorder on Nov. 2013. I was immediatley transferd from Rutledge State Prison, a medium security nonviolent camp to Valdosta State Prison, a close/maximum security violent prison. I had no chance to dispute this transfer and later learned it was classified as a disciplinary transfer, despite the lack of any disciplinary action in the record. Since my arrival here I have been placed in unreasonable risks of harm both physical & verbal by staff and inmates, as well as continued sexual violence. I have a well documented mental disiabily record and records of a history of attacks. (GDOC) Georgia Dept. of Corr. and its staff are well aware of my PREA status and fail to act reasonably. As a disabled American prisoner and a transgenderd woman who projects obviously feminie characthristics failure to protect me + the others like me is violation of the 8th Amendment. Failure to make reasonable accomodations to my disabiltes is a violation of The American Disabilites Act & makes GDOC subject to suit as an entity. The unbelievable terror me and those like me, fraigle, nonviolent, mental health inmates face, especially those who identify as Lesbian Gay Bisexual and Transgender face. is nothing short of torture. More than unimagnable I am a nonviolent 1st time offender serving a sentence

*Complaint Continued (2)*

V. **Statement of Claim**

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

which punishments go beyond penological purpose. GDOC & Valdosta State Prison Officials have had more than ample notice of these conditions by me, my family, the media, my lawyers, Grievances and face to face meetings and correspondences. Derlict in their duty to provide proper medical care already, they continue to dwadle their feet as me and inmates like me or left hanging in the balance fighting for sanity, safety and life. My only option is solitary in harsh conditions where I have spent more than half of my confinement w/ loss of life, employment, counseling, programming and any chance of obtaining an earlier release. I am a victim of multiple sexual assaults. and encounter constantly inmates, such as those who have submitted declarations, going through simular circumstances. Which again will show GDOC is derlict in their duty to provide humane conditions of confinement. I have spoken with Warden Allen, Warden Emmons, along with multiple staff explaining the horrific conditions of my confinement and sought remeindy. More than correspondences, face to face meetings, grievances, etc go ignored. I even sat with Sexual Assault Response Team leader & mental health director multiple times, explaining the extorhon and human trafficking w/ no avail, or attetion

5

## Complaint Continued

The 8th Amendment doesn't require me, seeking relief/remedy for unsafe conditions to await a tragic event such as another assault before obtaining releif. The physical & mental punishments Ive endured, totally w/out penological justification are equivilant to torture. Prison Rape, a horror experienced by me and others is equivlant to torture. Not only do these actions threaten the life of all of us who fall prey to aggressors but it is devastaing to the human spirit! The shame depression and shattering loss of selfesteem go with it. The inability to fend for ones self puts you at the mercy of larger stronger inmates and unmitigated by protection afforded by prison official. There was advanced notice of this risk before my transfer to this population, despite knowing of my history of inmate attacks and transgender status. Characteristics that would make me vulnerable to sexual attack. There failure to protect is an injustice for all. Denying a prisoner an humane conditions of confinement and placing them in a risk of serious harm, being aware of that risk and failing to abate it is wrong. I am in hell of epic porportions and pray for judicial releif.

x *Ashley Diamond*

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To make GDOC staff present a cave as to why they allow these actions and dont protect. To make compsentory, punitive and nominal damages part of punishment if they are found guilty. To provide injuctive releif immediatley to those who are directly affected by these actions as well as provde prospective releif to nonviolent prisoners who must live in the ongoing unconstitutnal practices which are based on overcrowding and understaffing, so I'm told.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 19____.

Prisoner No. #1000290565

x #1001157150

_Ashley Diamond_
(Signature of Plaintiff)

6