In The United States District Court
for The Middle District of Georgia

Ashley Diamond

v

Marty Allen et; al

7:14-CV-0124-HL

## Supplement

After being advised by warden Marty Allen to seek protective custody I campained to do so through verbal and formal requests to each defendant and their succesors and was denied. Gang members in response to me "snitching" continued to extort money from me and forcing my family to supply greendots to the subrosa community and the gang. All members of the same gang that had been known for harrassing, and sexual abusing me. The sexual advances and endsavement forced me to seek protection from a bigger + stronger inmate, who "claimed" me and held me captive in my cell for days at a time and physcially & sexually abused me as well, an experience I would not have had to go through had I been afforded the protection of prison officials/staff. Had the acted at all, I would have not been so sucicidal ie: mutilating myself, trying to commit sucide and eventually ended up in ACU. The attempts of self harm arose from depression and attempts to end my misery. Marty Allens harrassment continued, and he set the tone for inmates+staff to ridicule me. He often during inspection made rude + offensive statements, many in which I grieved. I continued to write Dave McCracken and Warden Emmons, in concert with the only

Case 7:14-cv-00124-HL-TQL Document 11 Filed 10/10/14 Page 2 of 3

-2-

Staff member, Clinical Director Heather Harrison who tried to help, and also knew the extreme circumstances. It was after another sexual attack in July I could take no more. It would be an officer who witnessed the mistreatment from staff and inmates that I would make a deciscion that has brought me releif. It was the DOC officer that let me contact my family in an unscreened atmosphere. As the gang watchmen monitored my mail, calls & activity closely, by cell phone. I via cell phone made a series of videos detailing firsthand the sexual violence that me and others in The LGBT community face in GDOC custody. Always being called sissy, I placed videos filmed in my cell on youtube pleaing for official help from the outside world. Although I dismiss claims against Dr. Roman his conduct in totality of conditions just demonstrates the cruel above the law attitude of correction officials. The defendants mentioned, along with their successors in office did intetionally and willfully inflict unnesscary pain/torture and acted with more than deliberate indiffrence. Prior & thereafter being aware my situation(s). Their conduct, behavior, and the acts caused by such are violation of the 8th Amendment

And in some ways equal protection rights. I am also certified mentally disabled suffering from 2 or more physcological disorders Bipolar Disorder, PTSD, & Gender Identity Disorder. And although an inmate under law has no general rights to a paticular institution for housing, if housing poses a risk to health & safety of an inmate, it should be considerd if placement is most restrictive of already few liberties granted to prisoners and the placement should be in lign with PREA guidelines under the act, as well as GDOC's Zero Tolerencence policy. I seek injunctive releif and compenstory, & punitive damages. And I remain unfunctionable.

This 3rd of October 2014

x Ashby Diamond