# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ASHLEY ALTON DIAMOND, | : |
| Plaintiff, | : |
| VS. | : |
| | :    **7: 14-CV-124 (HL)** |
| MARTY ALLEN, *et al.*, | : |
| Defendants. | : |

## ORDER

Defendants filed a Motion to Dismiss for Failure to State a Claim and a Motion to Stay Discovery in the above-styled action. (Docs. 22, 23).

*Motion to Dismiss*

Defendants filed a Motion to Dismiss based on the defenses that Plaintiff failed to exhaust his administrative remedies, that Plaintiff failed to state a claim upon which relief may be granted, and that Defendants are entitled to Eleventh Amendment and qualified immunity. (Doc. 22). Plaintiff is directed to respond to Defendants' Motion to Dismiss pursuant to the dictates of the following notice:

Since Plaintiff is proceeding *pro se*, the Court deems it appropriate and necessary to advise him of his right to respond to said Motion and of the consequences which he may suffer if he fails to file a response thereto.

Plaintiff is advised that:

(1) a MOTION TO DISMISS has been filed herein by Defendants;

(2) Plaintiff has the right to oppose the granting of said Motion; and

(3) if Plaintiff fails to oppose said Motion, his Complaint may be dismissed.

Plaintiff is further advised that under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. The Court considers the pleadings and briefs filed by the parties in

deciding whether dismissal is appropriate under the law.

**FAILURE OF THE PLAINTIFF HEREIN TO RESPOND TO THE MOTION TO DISMISS MAY RESULT IN THE GRANTING OF SAID MOTION.** Upon the recommendation of the magistrate judge, the district judge could then grant the Motion to Dismiss. <u>In that event, there would be no trial or further proceedings</u>.

Accordingly, Plaintiff is ORDERED AND DIRECTED to file a response to said MOTION TO DISMISS **WITHIN THIRTY (30) DAYS OF THE DATE OF THIS ORDER.** Thereafter, the Court will consider the Motion and any opposition to same filed by Plaintiff.

*Motion to Stay Proceedings*

Defendants filed a Motion requesting the Court order a stay of discovery until the Motion to Dismiss is resolved.  (Doc. 23).  This Motion is hereby **GRANTED-IN-PART** as follows: Discovery is stayed only until the pending Motion to Dismiss has been resolved by order of the district judge or until otherwise ordered by the Court, except as to discovery related to Plaintiff's exhaustion of administrative remedies.  Discovery may now take place as to that issue.  If any part of the case remains pending, the 90-day discovery period referenced in the Court's Order filed October 28, 2014, shall begin on the date the district judge files an order adjudicating the pending Motion to Dismiss.

**SO ORDERED AND DIRECTED**, this 30th day of December, 2014.

                                        s/ ***THOMAS Q. LANGSTAFF***
                                        UNITED STATES MAGISTRATE JUDGE

rmf